Mildred O. Libby, Appellant, v. J. Allen Libby, Respondent.— Order modified by naming as a condition, instead of the payment of twenty-five dollars, that defendant, on or before July 5, 1932, file an undertaking with corporate surety in the sum of five hundred dollars conditioned for the payment of twenty-five dollars a week on account of the accrued alimony, and as so modified affirmed; otherwise, order reversed and motion denied. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

The People of the State of New York, Respondent, v. Kreidel Building Corporation, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Ray Apartments, Inc., Respondent, v. Elk Estate, Inc., Appellant.— On argument, by consent, order denying defendant's motion for a bill of particulars affirmed, without costs. As to item ninth of the notice of examination, the order granting plaintiff's motion to vacate is affirmed, without costs. As to items first to eighth, inclusive, the order is reversed on the law and the facts, with ten dollars costs and disbursements, and the motion to vacate as to those items is denied, with ten dollars costs. Items first to fifth, inclusive, are material in support of the first affirmative defense, the burden of proving which is upon the defendant. Items sixth to eighth, inclusive, are material in support of the second and partial defense, which applies to plaintiff's second cause of action. If any part of the sum of $4,753.70 was given by plaintiff to defendant as usury, as alleged in the second and partial defense, the defense will be good as to that, and defendant should, therefore, be permitted to examine the plaintiff before trial to ascertain the facts. The examination will proceed on five days' notice. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

Bela Simon, Appellant, v. Charles Walters, Respondent. Susanna Simon, Appellant, v. Charles Walters, Respondent.— Order dismissing complaints and order denying motion for rehearing on additional papers affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

Adolph Singer, Appellant, v. Oscar Politzer and Isidore Fishbein, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Frances Sprago, Respondent, v. John Sprago, Appellant. — Order modified by reducing the counsel fee to fifty dollars, twenty-five dollars thereof to be paid within ten days after date of entry of the order herein, and twenty-five dollars on or before the date of trial. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.